IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aaron Lieben, | NO. C 10-04251 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Hunt & Henriques, | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on February 7, 2011. The parties conferred and duly submitted a Joint Pretrial Statement. (See Docket Item No. 18.) In their joint submission, the parties indicate that they are still conducting discovery and are scheduled to mediate the case on February 18, 2011. (See Id.) Based on their Joint Statement, the Court finds good cause to CONTINUE the Preliminary Pretrial Conference to **March 14, 2011 at 11 a.m.** On or before **March 4, 2011** the parties shall file a Joint Preliminary Pretrial Statement updating the Court on the results of the mediation and providing the Court with a good faith schedule as to how this case should proceed.

Dated: September 15, 2010

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arvin Cero Lugay alugay@snllp.com
Jeffrey A. Topor jtopor@snllp.com
Paul Elliott Smith psmith@paulsmithlaw.com
Tomio Buck Narita tnarita@snllp.com

**Dated: September 15, 2010**                                **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers                    **
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**