Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Lieben,<br><br>        Plaintiff,<br><br>   v.<br><br>Hunt & Henriques,<br><br>        Defendant. | Case No.: CV10-04251 JW<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that this action has settled in full as to all parties and all causes of action. The parties expect to have a joint motion for dismissal on file within 30 days.

Dated: March 3, 2011           LAW OFFICES OF PAUL E. SMITH

                                       By: _____s/ Paul E. Smith_____
                                               PAUL E. SMITH
                                               Attorney for Plaintiff
                                               AARON LIEBEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28