IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aaron Lieben, | NO. C 10-04251 JW |
|       Plaintiff,<br> v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Hunt & Henriques, | |
|       Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on March 14, 2011. On March 3, 2011, Plaintiff Filed a Notice of Settlement indicating that the parties have settled the action in full and anticipate filing a Stipulated Dismissal within thirty (30) days. (See Docket Item No. 20.) Based on Plaintiff's submission, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **April 25, 2011 at 10 a.m.** On or before **April 15, 2011**, the parties shall file either a Stipulated Dismissal or a Preliminary Pretrial Conference statement that provides the Court with a proposed schedule as to how the case should proceed.

Dated: March 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arvin Cero Lugay alugay@snllp.com
Jeffrey A. Topor jtopor@snllp.com
Paul Elliott Smith psmith@paulsmithlaw.com
Tomio Buck Narita tnarita@snllp.com

**Dated: March 9, 2011**                     **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**