UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LIEBEN, | CASE NO.: CV10-4251 EJD |
| Plaintiff, | [PROPOSED] ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |
| vs. | |
| HUNT & HENRIQUES, | |
| Defendants. | |

LIEBEN V. HUNT & HENRIQUES (CASE NO. CV10-4251 JW)
[PROPOSED] ORDER RE DISMISSAL

1  Pursuant to the parties' Stipulation and Joint Request for Dismissal, this
2  action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3  Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees
4  and costs.
5  IT IS SO ORDERED.   The Clerk shall close this file.

7  DATED: _June 14_, 2011          By: _____
                                        United States District Judge